UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

HOWARD COHAN,

        Plaintiff,

v.                                                  Case No:   2:14-cv-458-FtM-38DNF

ROBERT VOCISANO CO-TR and
MARIO VOCISANO CO-TR, d/b/a
BEST WESTERN NAPLES PLAZA
HOTEL,

        Defendants.
_____/

**ORDER**[1]

This matter is before the Court on review of the file.  Plaintiff Howard Cohan initiated this action on August 14, 2014 (Doc. #1), and a Summons was issued on August 27, 2014 (Doc. #4).  Plaintiff, however, failed to serve Defendants within 120 days as required by Rule 4(m) of the Federal Rules of Civil Procedure, or as further extended by the Court.  As such, the Court ordered Plaintiff to show cause why this case should not be dismissed for failure to effect service on or before January 13, 2015.  (Doc. #8).  The Court also instructed Plaintiff that his failure to respond would result in dismissal of this case.  (Doc. #8 at 2).  To date, Plaintiff has not responded to the Court's Order (Doc. #8), and the time to do so has expired.

Accordingly, it is now

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites.  These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other Web sites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites.  Likewise, the Court has no agreements with any of these third parties or their Web sites.  The Court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

**ORDERED:**

(1) This case is **DISMISSED** for failure to prosecute under Middle District of Florida Local Rule 3.10.

(2) The Clerk of Court is **DIRECTED** to enter judgment accordingly, terminate any deadlines, and close the file.

    **DONE** and **ORDERED** in Fort Myers, Florida this 15th day of January, 2015.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record